Erica M. Camarena, Esq.     Bar No. 227981
Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, City of Fresno and Mike Troehler

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, City of Fresno Police Officer Michael J. TROEHLER and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-01234-OWW-SMS<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: 09/14/07 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs RANDALL EDGAR WILLIAMS, SANDRA WILLIAMS and defendants the CITY OF FRESNO and OFFICER MIKE TROEHLER by and through their respective attorneys of record, stipulate to the dismissal of any and all claims asserted by plaintiffs, without prejudice. Each party to this dismissal is to bear their own costs, including attorneys' fees.

DATED: October 25, 2007.

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


By:    /s/   Erica M. Camarena
       Erica M. Camarena
       Attorneys for Defendants

Stipulated Dismissal

DATED: October 25, 2007.

                                              DAVIS & VANWAGENEN

                            By:    /s/ Scott A. Vanwagenen
                                    Scott VanWagenen
                                    Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:   October 27, 2007**          **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE